**Christine JACKSON, in her own behalf and as Next Friend, et al., Plaintiffs/Appellants,**

v.

**BARNES HOSPITAL and St. Louis Regional Health Care Corporation, Defendants/Respondents.**

No. 69713.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1996.

Ernest L. Keathly, Florissant, for Christine Jackson.

Kenneth W. Bean, St. Louis, for Barnes Hospital.

Patricia A. Hageman, St. Louis, for St. Louis Reg. Health Care Corp.

Before AHRENS, C.J., and CRANDALL and BLACKMAR, JJ.

### ORDER

PER CURIAM.

Plaintiffs appeal the trial court's dismissal of their action arising from defendants' alleged medical negligence. We have reviewed the record and no error of law appears. An opinion would have no precedential value. The parties have been furnished, for their use only, with a memorandum explaining the reasons for this decision.

The judgment of the trial court is affirmed. Rule 84.16(b).